# Exhibit 15



# LWV LEAGUE OF WOMEN VOTERS® OF WISCONSIN

612 W. Main Street, #200   Phone: (608) 256-0827
Madison, WI 53703          www.lwvwi.org

March 20, 2020

Eric Genrich, Mayor
Green Bay City Hall
100 N. Jefferson Street
Green Bay, WI 54301

Dear Mayor Genrich:

On Monday, March 16, 2020 the Wisconsin Election Commission (WEC) issued guidance to clerks and municipalities on how to serve electors for the April 7 election in light of the COVID-19 threat. The WEC directed municipal governments to continue to provide options for voting and registering in-person. Governor Evers' Emergency Order #5 complied with the WEC's decision and made exemptions for facilities for voting.

While the WEC made it clear to municipalities in-person registration and voting must continue, on March 17, 2020 your government decided to close the City of Green Bay City Hall to these activities, with no previous notification to voters. This action violated multiple state election laws. On March 19, 2020 your government did open in-person registration and voting services, but only after multiple electors were denied the ability to register and vote in-person.

No individual is above the law, even during times of emergency. The City of Green has at least two more scheduled elections in 2020 beyond the April 7, 2020 election, with no time frame to when the current COVID-19 emergency will end. If the City of Green Bay again decides to defy decisions of the WEC that would deny electors the right to vote, we will not hesitate to take legal action.

Sincerely,

Debra Cronmiller
Executive Director

Cc   Colleen Adams, LWVGGB
     Louise Petering, LWVWI