# UNITED STATES DISTRICT COURT
для
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF GREEN BAY, et. al., | ) |
| | ) |
|     *Plaintiffs,* | ) |
| | ) |
|     v. | )   Case No. 20-C-479 |
| | ) |
| COMMISSIONER MARGE BOSTELMANN, et. al., | ) |
| | ) |
|     *Defendants.* | ) |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing has been scheduled as indicated below:

**TELEPHONE CONFERENCE**

*Date and Time Scheduled*: **March 26, 2020 at 1:30 PM**

*Instructions*: **Participants are to call in to 1-888-273-3658, using Access Code 4416978, and Security Code 1234. <u>Please be sure to call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding</u>.**

**To ensure a clear record of the hearing, <u>participants should not use a speaker phone</u>. Unless otherwise excused, <u>all participants are expected to remain on the call for the duration of the conference</u>.**

**All participants are to confirm their appearance with the Clerk prior to the date of the hearing. Verification of your participation should be sent to wied_clerks_gb@wied.uscourts.gov**

**Please contact the Office of the Clerk at 920-455-7381 if you should have any questions.**

Dated: March 25, 2020                              William C. Griesbach
                                                         United States District Judge

                                                         s/ Lori Hanson
                                                         Deputy Clerk
                                                         (920)455-7381