UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF GREEN BAY, and KRIS TESKE, in her official capacity as City of Green Bay Clerk,<br><br>    Plaintiffs,<br><br>    v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners, ANDREA PALM, in her official capacity as Secretary-Designee of the Wisconsin Department of Health Services, and TONY EVERS, in his official capacity as Governor of the State of Wisconsin,<br><br>    Defendants. | Case No. 20-cv-00479-WCG |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric M. McLeod, Lisa M. Lawless, and Lane E. Ruhland of Husch Blackwell LLP hereby enter their appearance as counsel on behalf of the Republican Party of Wisconsin. Please serve all pleadings and other documents on counsel via the Court's eFiling system or at the address below if applicable.

Dated this 25th day of March, 2020.

| | |
|---|---|
| Eric M. McLeod (State Bar No. 1021730)<br>HUSCH BLACKWELL LLP<br>P.O. Box 1379<br>33 East Main Street, Suite 300<br>Madison, WI 53701-1379<br>(608) 255-4440<br>(608) 258-7138 (fax)<br>eric.mcleod@huschblackwell.com | *s/ Lisa M. Lawless*<br>Lisa M. Lawless (State Bar No. 1021749)<br>HUSCH BLACKWELL LLP<br>555 East Wells Street, Suite 1900<br>Milwaukee, WI 53202-3819<br>(414) 273-2100<br>(414) 223-5000 (fax)<br>lisa.lawless@huschblackwell.com |

DocID: 4843-1334-9048.1
Case 1:20-cv-00479-WCG   Filed 03/25/20   Page 2 of 2   Document 15