# HUSCH BLACKWELL

Eric M. McLeod
Partner

33 E. Main Street, Suite 300
Madison, WI 53701
Direct: 608.255.4440
Fax: 608.258.7138
eric.mcleod@huschblackwell.com

March 25, 2020

The Honorable Judge William C. Griesbach
U.S. District Court
Eastern District of Wisconsin
125 South Jefferson Street
Green Bay, WI 54301-4541

**Re:  City of Green Bay v. Bostelmann, et al (Case No. 1:20-cv-00479)**

Honorable Judge Griesbach:

I write on behalf of the Republican Party of Wisconsin ("RPW") in the above-referenced action, which action was commenced yesterday. Also filed yesterday by the Plaintiffs was a Motion for a Temporary Restraining Order and Preliminary Injunction, Dkt.2 ("Motion"), in which, among other things, Plaintiffs have requested emergency relief blocking the enforcement of multiple Wisconsin election laws. In light of the gravity of the requested relief—including changes to election laws in the middle of an ongoing election—RPW respectfully requests that the Court withhold consideration of any relief, including any emergency relief, until the Court is presented with adversarial briefing.

To that end, RPW is prepared to file a motion to intervene, along with an attached proposed motion to dismiss tomorrow morning. We also note that the Court has set a conference call for tomorrow at 1:30 p.m. and we intend to dial in for the call and, if permitted, address further proceedings in this case, including the submission of opposition briefs in response to Plaintiffs' Motion.

Sincerely,

s/ Eric M. McLeod                                s/ Lisa M. Lawless
Eric M. McLeod                                   Lisa M. Lawless

CC: All counsel (via ECF)