UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF GREEN BAY, and KRIS TESKE, in her official capacity as City of Green Bay City Clerk,<br><br>  Plaintiffs,<br><br>  v.<br><br>MARGE BOSTELMANN, JULIE M. GLANCEY, ANN S. JACOBS, DEAN KNUDSON, ROBERT F. SPINDELL, JR., and MARK L. THOMSEN, in their official capacities as Wisconsin Elections Commissioners, ANDREA PALM, in her official capacity as Secretary-Designee of the Wisconsin Department of Health Services, and TONY EVERS, in his official capacity as Governor of the State of Wisconsin,<br><br>  Defendants. | Case No. 20-cv-00479-WCG |

### REPUBLICAN PARTY OF WISCONSIN'S MOTION TO INTERVENE

The Republican Party of Wisconsin ("RPW") hereby seeks to intervene as a defendant in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure. Accompanying this motion is a supporting memorandum explaining the legal basis for RPW's entitlement to intervene both as of right and permissively. For the reasons set for in that memorandum, RPW respectfully requests that the Court grant this motion and enter an order allowing RPW to intervene in this action.

Dated: March 26, 2020

Respectfully submitted,

  s/ *Eric M. McLeod*
Eric M. McLeod (State Bar No. 1021730)
HUSCH BLACKWELL LLP
P.O. Box 1379
33 East Main Street, Suite 300
Madison, WI 53701-1379
(608) 255-4440
(608) 258-7138 (fax)
eric.mcleod@huschblackwell.com


  s/ *Lisa M. Lawless*
Lisa M. Lawless (State Bar No. 1021749)
HUSCH BLACKWELL LLP
555 East Wells Street, Suite 1900
Milwaukee, WI 53202-3819
(414) 273-2100
(414) 223-5000 (fax)
lisa.lawless@huschblackwell.com

*Attorneys for the Republican Party of Wisconsin*