IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CITY OF GREEN BAY, et al., | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | )  Civil Action No: 20-cv-00479 |
| MARGE BOSTELMANN, et al., | )<br>) |
| *Defendants*. | ) |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**

Having considered the Motion of proposed *Amici Curaie*, Disability Rights Wisconsin and ACLU of Wisconsin, for leave to file an amicus brief in this case, it is

ORDERED that the Motion for Leave to File is GRANTED.

Signed this _____ day of March, 2020.

_____
Hon. William C. Griesbach
U.S. District Judge