IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

|  |  |  |
|---|---|---|
| CITY OF GREEN BAY, et al., | ) ) ) | |
| *Plaintiffs*, | ) ) ) ) ) ) ) | |
| v. | ) ) | Civil Action No: 20-cv-00479 |
| MARGE BOSTELMANN, et al., | ) ) ) | |
| *Defendants*. | ) | |

## DISCLOSURE STATEMENT OF PROPOSED AMICI
## DISABILITY RIGHTS WISCONSIN AND ACLU OF WISCONSIN

The undersigned, counsel of record for proposed amici Disability Rights Wisconsin and ACLU of Wisconsin, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1) The full name of every party or amicus represented in the above case: Disability Rights Wisconsin; American Civil Liberties Union of Wisconsin

(2) The parties represented are non-profit corporations and have no parent corporations or stockholders.

(3) The names of all law firms whose partners or associates appear for a party or are expected to appear for a party in this Court:

    American Civil Liberties Union of Wisconsin Foundation, Inc.
    American Civil Liberties Union Foundation, Inc.
    Disability Rights Wisconsin

Dated: March 27, 2020                                   Respectfully submitted,

                                                        */s/ Karyn L. Rotker*
Adriel I. Cepeda Derieux*                               Karyn L. Rotker (WI Bar No.: 1007719)
Alora Thomas-LundborgDale E. Ho                         Laurence J. Dupuis (WI Bar No.: 1029261)
American Civil Liberties Union Foundation               American Civil Liberties Union
125 Broad Street, 18th Floor                            of Wisconsin Foundation
New York, NY 10004                                      207 E. Buffalo Street, Suite 325
Tel.: (212) 549-2500                                    Milwaukee, WI 53202
acepedaderieux@aclu.org                                 Tel.: (414) 272-4032
athomas@aclu.org                                        krotker@aclu-wi.org
dho@aclu.org                                            ldupuis@aclu-wi.org

                                                        Kristin Kerschensteiner (WI Bar No.:1035208)
*Admission to be filed                                  Disability Rights Wisconsin
                                                        131 W. Wilson St., Suite 700
                                                        Madison WI 53703
                                                        (608)267-0214
                                                        Kitk@drwi.org


                                                        *Attorneys for Amici Curiae*